Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOHANA BERNAL,<br><br>    Defendant. | DOCKET NO. 6:17-PO-0687-jdp<br><br>**MOTION TO VACATE REVIEW HEARING AND NOTICE OF WITHDRAWAL OF STATEMENT OF ALLEGED PROBATION VIOLATION(S); AND ORDER THEREON** |

      Defendant, Johana BERNAL was charged with Possession of a Controlled Substance (psilocybin mushrooms) in violation of Title 36 Code of Federal Regulations § 2.35(b)(2) on August 5, 2017. On December 5, 2017, BERNAL plead guilty to Possession of a Controlled Substance. BERNAL was sentenced to 12 months of unsupervised probation with the conditions he pay a $500 fine at a rate of $50 per month, obey all laws, report all new violations of the law to the Court.

      On October 30, 2108 the Government filed a Notice of Probation Violation alleging BERNAL had failed to pay the fine in full. The Government has subsequently been provided proof of completion of the final payment of the fine. The Government herewith withdraws its Allegation of Probation Violation in this matter. As the conditions of probation have been met,

1

the Government requests the review hearing in this matter set for November 6, 2018 be vacated.

Dated: November 5, 2018

By: /s/ Susan St. Vincent
Susan St. Vincent
Legal Officer
Yosemite National Park, CA

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED the Statement of Alleged Probation Violation(s) in *U.S. v. Bernal 6:17-PO-0687-JDP*, filed on October 30, 2018 is retracted. The review hearing scheduled for November 6, 2018 is vacated.

IT IS SO ORDERED.

Dated: November 6, 2018

UNITED STATES MAGISTRATE JUDGE