1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  HOPE ALLEY, CA SBN #314109
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   JOHANA BERNAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHANA BERNAL,<br><br>Defendant. | Case No. 6:17-po-00687-MJS<br><br>**MOTION TO DISMISS; ORDER** |

Defendant Johana Bernal hereby files this motion to dismiss pursuant to 18 U.S.C. § 3607(a). The Government does not oppose this request.

On December 5, 2017, Ms. Bernal pled guilty to possession of a controlled substance in violation of 36 CFR § 2.35(b)(2). Pursuant to the agreement of the parties, the Court granted Ms. Bernal a deferred entry of judgment under 18 U.S.C. § 3607(a). On November 6, 2018, the Court vacated Ms. Bernal's review hearing because she had fully complied with the terms of her probation. Ms. Bernal's probation expired on December 5, 2018.

Under 18 U.S.C. § 3607(a), "[a]t the expiration of the term of probation, if the person has not violated a condition of his probation, the court shall, without entering a judgment of conviction, dismiss the proceedings against the person and discharge him from probation." Here, Ms. Bernal's term of probation has expired, and she did not violate any condition of her probation. Accordingly, Ms. Bernal requests that the Court, without entering a judgment of conviction, dismiss the

proceedings.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: December 11, 2018          */s/ Hope Alley*
                                 HOPE ALLEY
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 JOHANA BERNAL

**O R D E R**

Pursuant to 18 U.S.C. § 3607(a), the court hereby dismisses the proceedings against Ms. Bernal in *United States v. Bernal*, Case No. 6:17-po-00687-MJS.

IT IS SO ORDERED.

Dated:   December 12, 2018                    _____
                                              UNITED STATES MAGISTRATE JUDGE